George JORDAN *v.* STATE of Arkansas

CR 96-228                                          916 S.W.2d 732

Supreme Court of Arkansas
Opinion delivered March 4, 1996

*Henry C. Morris*, for appellant.

No response.

PER CURIAM. The appellant, George Jordan, has filed a motion for rule on the clerk. His attorney, Henry C. Morris, admits that the failure to file the record in time was due to a mistake on his part.

We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See* our Per Curiam opinion dated February 5, 1979, *In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964. A copy of this opinion will be forwarded to the Committee on Profes-

sional Conduct.